IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD SHAFFER,

      Plaintiff,

      v.

INDIANA COUNTY JAIL, *et al.*

      Defendants.

2:25-CV-00379-CCW

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 5, 2026, the Magistrate Judge issued a Report, ECF No. 40, recommending that the Court grant in part and deny in part the Medical Defendants' (Primecare Medical and Nurse Nick Crovak) Motion to Dismiss, ECF No. 17, and grant the Corrections Defendants' (Indiana County Jail and Warden Leslie Loveridge) Motion to Dismiss, ECF No. 19. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Medical Defendants' Motion to Dismiss, ECF No. 17, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. **GRANTED** with prejudice as to the cruel and unusual punishment claims against Defendant PrimeCare and Defendant Crovak;

2. **DENIED** as to the retaliation claim against Defendant Crovak;

3. **GRANTED** without prejudice and with leave to amend as to the retaliation claim against Defendant Primecare;

4. **DENIED** as to the negligence claims against both Defendant Crovak and Defendant PrimeCare.

**IT IS FURTHER ORDERED** that Correctional Defendants' Motion to Dismiss, ECF No. 19, is **GRANTED** as follows:

1. **GRANTED** without prejudice and with leave to amend as to the retaliation claim against Defendant Warden Leslie Loveridge;

2. **GRANTED** with prejudice as to retaliation claims against Defendant Indiana County Jail;

3. **GRANTED** with prejudice as to cruel and unusual punishment claims against Defendant Indiana County Jail and Defendant Loveridge;

4. **GRANTED** with prejudice as to negligence claims against Defendant Indiana County Jail and Defendant Loveridge.

It is **FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 40, is adopted as the Opinion of the District Court. Plaintiff shall file any amended complaint no later than **March 25, 2026**. The amended complaint shall be limited to only those claims for which leave to amend has been granted, including factual allegations supporting those claims, and claims as to which the Motions to Dismiss were denied.

IT IS SO ORDERED.

DATED this 11th day of March, 2026.

2

BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge



cc (via ECF email notification):

All Counsel of Record

cc (via U.S. Mail):

Richard Shaffer
QQ5392
SCI Laurel Highlands
5706 Glades Pike
P.O. Box 631
Somerset, PA 15501

3